**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Bobby GRAVES, Defendant–Appellant.**

**No. 12–3763.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 19, 2013.

Filed: April 24, 2013.

Stephen C. Moss, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Joseph M. Marquez, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Bobby Graves appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion based on Amendment 750 to the United States Sentencing Guidelines. We affirm, as the amendment did not lower Graves's Guidelines range. *See* U.S.S.G. § 1B1.10, comment. (n.1(A)) (eligibility for consideration under § 3582(c)(2) is triggered only by amendment that lowers applicable Guidelines range); *United States v. Tolliver,* 570 F.3d 1062, 1066–67 (8th Cir.2009) (where applicable Guidelines range was not lowered by amendment, district court lacked authority to reduce sentence).

The judgment is affirmed. Counsel's motion to withdraw is granted.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.